**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-20640-UU

THE FERRARO LAW FIRM, P.A.,

    Plaintiffs,

v.

TIMOTHY D. SCRANTOM, ESQ., *et al*.,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On February 17, 2017, Plaintiff filed its Complaint against Defendants (D.E. 1), asserting diversity jurisdiction under 28 U.S.C. § 1332.  The Court is not satisfied that Plaintiff has sufficiently alleged complete diversity for purposes of this Court exercising subject-matter jurisdiction.  Plaintiff fails to identify each constituent member of Defendants, and fails to allege the citizenship of each member.  *See Rolling Greens MHP, LP v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("To sufficiently alleg[e] the citizenships of . . . unincorporated business entities, a party must list the citizenships of all the members of the limited liability company[.]").  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Wednesday, <u>March 1, 2017</u>**, as to why this case should not be dismissed for lack of subject-matter jurisdiction.

DONE AND ORDERED in Chambers in Miami, Florida this 21st day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf