AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| THE FERRARO LAW FIRM, P.A., a Florida professional association <br><br> *Plaintiff(s)* <br> v. <br> TIMOTHY D. SCRANTOM, ESQ., SCRANTOM DULLES INTERNATIONAL, PLLC, TEN STATE INTERNATIONAL LAW, PLLC, KENNETH PLATT ELDER <br> *Defendant(s)* | Civil Action No. 1:17-cv-20640-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy D. Scrantom, Esq.
200 Bank Street
Mt. Pleasant, SC 29464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Janpaul Portal, Esq.
The Ferraro Law Firm, P.A.
600 Brickell Avenue
38th Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 22, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| THE FERRARO LAW FIRM, P.A., a Florida professional association<br><br>*Plaintiff(s)*<br>v.<br>TIMOTHY D. SCRANTOM, ESQ., SCRANTOM DULLES INTERNATIONAL, PLLC, TEN STATE INTERNATIONAL LAW, PLLC, KENNETH PLATT ELDER<br>*Defendant(s)* | Civil Action No. 1:17-cv-20640-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scrantom Dulles International, PLLC
c/o Frederick H. Dulles, Esq., as Registered Agent of
Scrantom Dulles International, PLLC
90 East Bay Street
Charleston, SC 29401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Janpaul Portal, Esq.
The Ferraro Law Firm, P.A.
600 Brickell Avenue
38th Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 22, 2017

Steven M. Larimore
Clerk of Court

s/ Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| THE FERRARO LAW FIRM, P.A., a Florida professional association<br><br>*Plaintiff(s)*<br>v.<br>TIMOTHY D. SCRANTOM, ESQ., SCRANTOM DULLES INTERNATIONAL, PLLC, TEN STATE INTERNATIONAL LAW, PLLC, KENNETH PLATT ELDER<br>*Defendant(s)* | Civil Action No. 1:17-cv-20640-UU |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ten State International Law, PLLC
c/o Timothy D. Scrantom, Esq.
200 Bank Street
Mt. Pleasant, SC 29464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Janpaul Portal, Esq.
The Ferraro Law Firm, P.A.
600 Brickell Avenue
38th Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 22, 2017

Steven M. Larimore
Clerk of Court

s/ Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| THE FERRARO LAW FIRM, P.A., a Florida professional association <br><br> *Plaintiff(s)* <br> v. <br> TIMOTHY D. SCRANTOM, ESQ., SCRANTOM DULLES INTERNATIONAL, PLLC, TEN STATE INTERNATIONAL LAW, PLLC, KENNETH PLATT ELDER <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-20640-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kenneth Platt Elder
4800 Haddington Drive
Bloomfield Hills, MI 48304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Janpaul Portal, Esq.
The Ferraro Law Firm, P.A.
600 Brickell Avenue
38th Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Feb 22, 2017

**SUMMONS**

s/ Autumn Sandoval
Deputy Clerk
U.S. District Courts