UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-20640-UU

THE FERRARO LAW FIRM, P.A.,

    Plaintiff,

v.

TIMOTHY D. SCRANTOM, ESQ., *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Leave to File Second Amended Complaint.  D.E. 20.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

On April 5, 2017, Plaintiff filed its Motion for Leave to File Second Amended Complaint.  D.E. 20.  In its Motion, Plaintiff requests that this Court grant it leave to amend its Complaint to correct deficiencies that are raised in Defendants' Motion to Dismiss (D.E. 15). Because a Trial Order has not yet been issued, the Court is satisfied that granting Plaintiff leave to amend its Complaint will not result in undue delay.  Accordingly, it is hereby

ORDERED AND ADJUDGED that upon Plaintiff's Motion for Leave to File Second Amended Complaint (D.E. 20) is GRANTED.  Plaintiff's Proposed Second Amended Complaint (D.E. 20-1) is deemed effective.  It is further

ORDERED AND ADJUDGED that Defendants' Motion to Dismiss (D.E. 15) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _6th_ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf