UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE FERRARO LAW FIRM, P.A.,
a Florida professional association,

    Plaintiff,

vs.                                                  CASE No.: 1:17-cv-20640-UU

TIMOTHY D. SCRANTOM, ESQ.,
SCRANTOM DULLES INTERNATIONAL,
PLLC, a South Carolina professional limited
liability company, TEN STATE INTERNATIONAL
LAW, PLLC, a South Carolina professional limited
liability company, and KENNETH PLATT ELDER,

    Defendants.
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

      Plaintiff and Defendants stipulate that this action, including all claims that were or could have been brought between them, should be dismissed with prejudice. All parties will bear their own respective costs and attorneys' fees.

| **The Ferraro Law Firm, P.A.** | **Holland & Knight LLP** |
|---|---|
| */s/ Janpaul Portal* | */s/ Joseph H. Varner, III* |
| Scott A. Knott, Esq. | Joseph H. Varner, III, Esq. |
| Janpaul Portal, Esq. | Florida Bar No. 0394904 |
| Brickell World Plaza | 100 North Tampa Street, Suite 4100 |
| 600 Brickell Avenue, 38th Floor | Tampa, Florida 33602 |
| Miami, Florida 33131 | Telephone: (813) 227-6703 |
| Telephone (305) 375-0111 | Facsimile: (813) 229-0134 |
| Facsimile (305) 379-6222 | joe.varner@hklaw.com |
| sak@ferrarolaw.com | |
| jpp@ferrarolaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 18, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all counsel of record, including:

Janpaul Portal, Esq.
The Ferraro Law Firm, P.A.
Brickell World Plaza
600 Brickell Avenue, 38th Floor
Miami, Florida 33131
jpp@ferrarolaw.com

*Attorneys for Plaintiff*

                                            */s/Joseph H. Varner, III*
                                            Attorney

#50761837_v1